```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALIRIO ZAVALA, JUAN CARLOS DIAZ,                :
ALEXANDER GONZALEZ, JAUME VILLAGRASA,
LUIS TORRES, JOSE BRICENO, LUCIANO              :
EMIGDIO, NICOLAS VELASQUEZ,
GUSTAVO RANGEL, ARODIS HERRARA, JORGE           :
GUERRERO, SEGUNDO MORALES MARTINEZ,
SAHAGUN MEREJILDO, JAIME GRANADA, JOHN          :
JAIME RIVERA ALAYON, ANDRES TORRES,
ERNESTO ALEJANDRO SANCHEZ, and EDUARDO          :
CRUZ GONZALEZ,
                                                :
                        Plaintiffs,
                                                :
        - against -                                         ORDER
                                                :
PEI ELECTRICAL SERVICES GROUP INC., CPI             20-CV-09437 (PAE)(KNF)
ELECTRICAL SERVICES INC., PABLO                 :
IBEPAULINO, and TOP SHELF ELECTRIC CORP.,
jointly and severally,                          :

                        Defendants.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE
```

An initial pretrial conference will be held in the above-captioned action on March 18, 2021, at 2:00 p.m. The conference will be held by telephone. The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

**Prior to the conference, the parties must meet or confer by telephone to discuss the matters specified in Fed. R. Civ. P. 26(f) and must complete the attached questionnaire.** No discovery plan specified by Fed. R. Civ. P. 26(f) needs to be filed with the Court, but **counsel to the plaintiffs must submit, via the CM/ECF system, the completed questionnaire at least one (1) day before the conference**.

At or prior to the meeting or telephonic conference between the parties, the parties must comply with the automatic disclosure requirements of Fed. R. Civ. P. 26(a)(1). In addition, if the plaintiff(s) seeks damages for personal injuries, the plaintiff(s) must provide signed authorizations for release of all

1

pertinent records from medical service providers. During the scheduled initial pretrial conference, the parties must be fully prepared to discuss any issues pertaining to this case, including subject matter jurisdiction, venue, schedules for discovery, insurance coverage, and settlement.

Please be advised that a court reporter will attend the conference via telephone.

Dated:  New York, New York　　　　　　　　　　SO ORDERED:
　　　　January 21, 2021

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Kevin Nathaniel Fox
　　　　　　　　　　　　　　　　　　　　　　KEVIN NATHANIEL FOX
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

## INITIAL CONFERENCE QUESTIONNAIRE

1. If not yet made, date for completion of automatic disclosures required by Fed. R. Civ. P. 26(a) or, where applicable, Local Civil Rule 33.2 of this court.: _____

2. Number of depositions by plaintiff(s) of:     parties _____   non-parties _____

3. Number of depositions by defendant(s) of:    parties _____   non-parties _____

4. Number of depositions which the parties expect may last longer than the seven hour limit under Fed. R. Civ. P. 30(d)(2): party _____   non-party _____

5. Number of expert witnesses of plaintiff(s): _____ medical _____ non-medical
   Date for expert report(s): _____

6. Number of expert witnesses of defendant(s): _____ medical _____ non-medical
   Date for expert report(s): _____

7. Maximum number of requests for admission by: plaintiff(s) _____ and defendant(s) _____
   (Note: requests must be served at least 30 days before the discovery deadline)

8. Date for completion of all discovery: _____
   **N.B. All discovery is to be initiated so as to be completed on or before the date the parties insert at paragraph 8.**

9. Date by which plaintiff(s) will supply his or her pretrial order materials to defendant(s): _____

10. Date by which the parties will submit a pretrial order with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial: _____

11. Is there any limitation to be placed on discovery, including any protective or confidentiality order(s)? ____ If yes, please provide a short statement of the limitation(s) needed.

12. Is there any discovery issue(s) on which the parties, after a good faith effort, were unable to reach agreement? ____ If yes, please provide a short statement of the issue(s).

    Date:                                              Date:

    _____                    _____
    Signature of *Pro Se* Plaintiff or                 Signature of Counsel to Defendant(s)
    Counsel to Plaintiff(s)