UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALIRIO ZAVALA, JUAN CARLOS DIAZ, ALEXANDER GONZALEZ, JAUME V ILLAGRASA, LUIS TORRES, JOSE BRICENO, LUCIANO EMIGDIO, NICOLAS VELASQUEZ, GUSTAVO RANGEL, ARODIS HERRERA, JORGE GUERRERO, SEGUNDO MORALES MARTINEZ, AHAGUN MEREJILDO, JAIME GRANADA, JOHN JAIME RIVERA ALAYON, ANDRES TORRES, ERNESTO ALEJANDRO SANCHEZ, and EDUARDO CRUZ GONZALEZ,

Plaintiffs,

-against-

PEI ELECTRICAL SERVICES GROUP INC., CPI ELECTRICAL SERVICES INC., PABLO IBEPAULINO, and TOP SHELF ELECTRIC CORP.,

Defendants.

**ORDER**

20-CV-9437 (PAE) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on November 19, 2021, at 3:30 p.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York
November 18, 2021

SO ORDERED:

Kevin Nathaniel Fox
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE