UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALIRIO ZAVALA, JUAN CARLOS DIAZ, ALEXANDER GONZALEZ, JAUME VILLAGRASA, LUIS TORRES, JOSE BRICENO, LUCIANO EMIGDIO, NICOLAS VELASQUEZ, GUSTAVO RANGEL, ARODIS HERRERA, JORGE GUERRERO, SEGUNDO MORALES MARTINEZ, SAHAGUN MEREJILDO, JAIME GRANADA, JOHN JAMIE RIVERA ALAYON, ANDRES TORRES, ERNESTO ALEJANDRO SANCHEZ, and EDUARDO CRUZ GONZALEZ,

                        Plaintiffs,

-v-

PEI ELECTRICAL SERVICES GROUP INC., CPI ELECTRICAL SERVICES INC., TOP SHELF ELECTRIC CORP., and PABLO IBEPAULINO,

                        Defendants.

20 Civ. 9437 (PAE) (GWG)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The parties are hereby directed to file, by October 4, 2022, their required pretrial submissions under Rules 5(A) and 5(B) of this Court's Individual Rules and Practices in Civil Cases. Should either party file any motions *in limine*, oppositions are due by October 20, 2022. The Court further schedules a final pretrial conference for November 30, 2022, at 2 p.m., in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007. All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time, and counsel are directed to appear promptly.

1

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: August 31, 2022
       New York, New York