

Patricia Kakalec
Patricia@KakalecLaw.com

January 17, 2023

By ECF

Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Zavala, et al. v. PEI Elec. Grp. Inc., et al.*, No. 20-cv-9437 (PAE)

Dear Judge Engelmayer:

Our firm, along with Make the Road New York, represents the Plaintiffs in the above-referenced matter. We write on behalf of Plaintiffs and Defendant Top Shelf Electric Corp. ("Top Shelf") to request an adjournment of the pre-trial conference scheduled in this case for tomorrow.

The parties have reached a resolution of Plaintiffs' claims against Defendant Top Shelf and are finalizing the language of the settlement agreement. We expect to be able to submit the signed agreement and *Cheeks* application to the Court by the end of next week.

Thank you for your consideration of this request.

Respectfully submitted,

Patricia Kakalec
Counsel for Plaintiffs

Granted.  SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge
January 17, 2023

Kakalec Law PLLC
195 Montague Street, 14th Floor, Brooklyn, NY 11201
(212) 705-8730; (646) 759-1587 (fax)
www.KakalecLaw.com