UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALIRIO ZAVALA, et al.,

                Plaintiff(s),

-against-

PEI ELECTRICAL SERVICES GROUP INC., et al.,

                Defendant(s).

20-CV-9437 (JGLC)

**NOTICE OF REASSIGNMENT**

JESSICA G. L. CLARKE, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, except that any currently scheduled conference or oral argument before the Court is adjourned pending further order of the Court. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke**.

    It is hereby ORDERED that no later than **July 14, 2023**, Plaintiffs shall file on ECF a letter, described below, updating the Court on the status of the case. The letter shall not exceed five pages, and shall provide the following information in separate paragraphs:

1. Names of counsel and current contact information, if different from the information currently reflected on the docket;

2. A statement of all existing deadlines, due dates and/or cut-off dates;

3. A statement of any previously scheduled conference dates with the Court that have not yet occurred and the matters that were to be discussed;

4. A brief description of any outstanding motions, including the date of the motion and the nature of the relief sought;

5. A statement and description of any pending appeals;

6. A detailed statement of any discovery that has already taken place, including how many depositions each party has taken and what, if any, discovery remains;

7. An estimate of the length of trial;

8. The status of any request for entry of default or motion for default judgment; and

9. Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

   If this case has been settled or otherwise terminated, counsel are not required to submit such letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the deadline, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* http://nysd.uscourts.gov/ecf_filing.php.

   In accordance with the Court's Individual Rules and Practices, requests for extensions or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours before the deadline or conference. The written submission must state (1) the original date and the new date requested; (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; (4) the reason for the extension or adjournment; (5) whether the adversary consents and, if not, the reasons given by the adversary for refusal to consent; and (6) to the extent applicable, the date of the parties' next scheduled appearance before the Court. Unless counsel are notified that a conference has been adjourned, it will be held as scheduled.

Dated: June 30, 2023
    New York, New York

                        SO ORDERED.

                          *[signature: Jessica Clarke]*

                          JESSICA G. L. CLARKE
                          United States District Judge