

Patricia Kakalec
Patricia@KakalecLaw.com

December 7, 2023

Via ECF                                              MEMORANDUM ENDORSED

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Zavala, et al. v. PEI Elec. Grp. Inc., et al.*, No. 20-cv-9437 (JGLC)(GWG)

Dear Judge Gorenstein:

    Our firm, along with Make the Road New York, represents the Plaintiffs in the above-referenced matter.

    By order dated October 25, 2023 (ECF #144), Your Honor ordered that Plaintiffs serve and file Proposed Findings of Fact and Conclusions of Law on their motion for default judgment by December 11, 2023. We write to request a brief extension of time to serve and file these papers – until December 19, 2023 – to allow us to meet pending deadlines in several other matters.

    Thank you.

Respectfully submitted,

Patricia Kakalec
Counsel for Plaintiffs

Extension to December 19, 2023, granted. Any response shall be filed within 30 days thereafter.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
December 8, 2023