UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ICON INTERNATIONAL, INC.                :

        Plaintiff,            :        ORDER

  -v.-                                    :
                                                           22 Civ. 4304 (MKV) (GWG)
ELEVATION HEALTH LLC.,                  :

        Defendant.            :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Defendant's response to Docket # 79 was due yesterday per paragraph 2.A of the Court's Individual Practices. No response appears on the docket, however. The Court will assume that the defendant does not oppose the relief requested in Docket # 79 unless defendant files a response by December 11, 2023. The defendant is warned that the Court may decide the dispute based on the letters and without holding a conference and thus any letter defendant files must address in full all issues raised by plaintiff.

      SO ORDERED.

Dated: December 8, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge