UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALIRIO ZAVALA, JUAN CARLOS DIAZ, ALEXANDER GONZALEZ, JAUME VILLAGRASA, LUIS TORRES, JOSE BRICENO, LUCIANO EMIGDIO, NICOLAS VELASQUEZ, GUSTAVO RANGEL, ARODIS HERRERA, JORGE GUERRERO, SEGUNDO MORALES MARTINEZ, SAHAGUN MEREJILDO, JAIME GRANADA, JOHN JAIME RIVERA ALAYON, ANDRES TORRES, ERNESTO ALEJANDRO SANCHEZ, and EDUARDO CRUZ GONZALEZ,<br><br>　　　　　　　　Plaintiffs,<br>　v.<br><br>PEI ELECTRICAL SERVICES GROUP INC., CPI ELECTRICAL SERVICES INC., PABLO IBEPAULINO, and TOP SHELF ELECTRIC CORP.,<br><br>　　　　　　　　Defendants. | Case No. 20-cv-9437 (JGLC)(GWG)<br><br>ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS ELECTRICAL SERVICE GROUP INC. AND CPI ELECTRICAL SERVICES, INC. |

**IT IS HEREBY ORDERED** that Defendants ~~Electrical Service Group Inc.~~ PEI Electrical Services Group Inc. and CPI Electrical Services, Inc. are hereby dismissed from this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), without costs or fees to any party as against any other.

The Clerk of the Court shall enter judgment in this case dismissing with prejudice Defendants Electrical Service Group Inc. and CPI Electrical Services, Inc.

The Clerk of Court is respectfully directed to close this case.

_Jessica Clarke_
Jessica G. L. Clarke, U.S.D.J.

Dated: May 17, 2024
　　　 New York, New York