UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALIRIO ZAVALA, JUAN CARLOS DIAZ, ALEXANDER GONZALEZ, JAUME VILLAGRASA, LUIS TORRES, JOSE BRICENO, LUCIANO EMIGDIO, NICOLAS VELASQUEZ, GUSTAVO RANGEL, ARODIS HERRERA, JORGE GUERRERO, SEGUNDO MORALES MARTINEZ, SAHAGUN MEREJILDO, JAIME GRANADA, JOHN JAIME RIVERA ALAYON, ANDRES TORRES, ERNESTO ALEJANDRO SANCHEZ, and EDUARDO CRUZ GONZALEZ,

                      Plaintiffs,

-against-                              20 **CIVIL** 9437 (JGLC)(GWG)

## **JUDGMENT**

PEI ELECTRICAL SERVICES GROUP INC., CPI ELECTRICAL SERVICES INC., PABLO IBEPAULINO, and TOP SHELF ELECTRIC CORP.,

                      Defendants.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 20, 2024, Defendants PEI Electrical Services Group Inc. and CPI Electrical Services, Inc. are hereby dismissed from this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), without costs or fees to any party as against any other. Judgment is hereby entered; accordingly, the case is closed.

**Dated:**  New York, New York
           May 21, 2024

                                                  **RUBY J. KRAJICK**

                                                _____
                                                   **Clerk of Court**

                         **BY:**

                                                _____
                                                 **Deputy Clerk**