UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALIRIO ZAVALA, et al.,

                Plaintiffs,

-against-

TOP SHELF ELECTRIC CORP., et al.,

                Defendants.

20-CV-9437 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

    The Clerk of Court is directed to enter an amended judgment consistent with the order adopting the report and recommendation at ECF No. 161.

Dated: October 22, 2024
       New York, New York

                                            SO ORDERED.

                                            *Jessica Clarke*

                                            JESSICA G. L. CLARKE
                                            United States District Judge