**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ALIRIO ZAVALA, et al.,

                          Plaintiff,                   20 **CIVIL** 9437 (JGLC)

         -against-                    **AMENDED JUDGMENT**

TOP SHELF ELECTRIC CORP, et al.,

                        Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 10, 2024, the Court adopts the Report & Recommendation in its entirety and the May 21, 2024, Judgment is Amended as per the October 22, 2024 Order.

**Dated:**  New York, New York
         October 23, 2024

                                                  **DANIEL ORTIZ**
                                                  **Acting Clerk of Court**

**BY:** _____
                                                   **Deputy Clerk**