UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALIRIO ZAVALA, et al.,

                Plaintiffs,                20 CIVIL 9437 (JGLC)

      -against-                  **AMENDED JUDGMENT**

TOP SHELF ELECTRIC CORP, et al.,

                Defendants.
-------------------------------------X

      This action having been commenced on November 12, 2020 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Pablo Ibepaulino, on June 17, 2021 by mail and email personal service on Pablo Ibepaulino, and a proof of service having been filed on June 21, 2021; and

      The defendant Pablo Ibepaulino having not answered the Complaint, and the time for answering the Complaint having expired; and

      The Magistrate Judge having entered a Report and Recommendation recommending that a default judgment be entered against Defendant Pablo Ibepaulino in favor of Plaintiffs on April 10, 2024; and

      The District Judge having adopted the Report and Recommendation in its entirety on May 10, 2024; and

      The District Judge having directed the Clerk of the Court to enter an amended judgment consistent with the Order adopting the Report and Recommendation;

      It is now, therefore, ORDERED, ADJUDGED AND DECREED: that the plaintiffs have judgment against defendant Pablo Ibepaulino in the total amount of

$242,841.41, which amount consists of (a) the liquidated amount of $165,219.13; plus (b) interest at $25.63 per day from September 29, 2018 to October 23, 2024 (2061 days) amounting to $52,823.43; plus (c) costs in the amount of $535.85; plus (d) attorneys' fees in the amount of $24,263.00.

**Dated:** New York, New York
January 21, 2025

BY: _____
JESSICA G. L. CLARKE
United States District Judge